IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

```
RHONDA OZUNA,                      )
                                   )   No. CV 08-1222-HU
            Plaintiff,             )
                                   )
     v.                            )
                                   )   OPINION AND
MICHAEL J. ASTRUE,                 )      ORDER
Commissioner, Social               )
Security Administration,           )
                                   )
            Defendant.             )
                                   )
```

Rory Linerud
P.O. Box 1105
Salem, Oregon 97308
    Attorney for plaintiff

Kent Robinson
Acting United States Attorney
District of Oregon
Britannia Hobbs
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, Oregon 97204
Nancy Mishalanie
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 901
Seattle, Washington 98104
    Attorneys for defendant

OPINION AND ORDER Page 1

HUBEL, Magistrate Judge:

    The parties have stipulated to an award of attorney's fees to plaintiff under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $4,649.66. According to the Declaration of Rory Linerud, the stipulation constitutes a compromise settlement from an original fee request in the amount of $5,462.06. No costs are sought.

    Plaintiff is awarded $4,649.66 as attorney fees under EAJA.

    IT IS SO ORDERED.

        Dated this _6th_ day of _____, 2010.

                                       /s/ Dennis J. Hubel

                                       Dennis James Hubel
                                       United States Magistrate Judge

OPINION AND ORDER Page 2